# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF, AN INDIVIDUAL,
Appellant,

vs.

JAMES MARSH, AN INDIVIDUAL,
Respondent.

No. 80799



FILED

APR 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to reopen case and set aside judgment. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Appellant appealed to the district court from a justice court order. After the district court entered an order denying and dismissing appellant's appeal, appellant moved the district court to reopen the case and set aside judgment. Following the denial of that motion, appellant appealed to this court.

The district court has final appellate jurisdiction in all cases arising in justice courts. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Although NRAP 3A(b)(8) authorizes an appeal from an order denying a motion under NRCP 60(b), *see Holiday Inn v. Barnett*, 103 Nev. 60, 63, 732 P.2d 1376, 1379 (1987), because the order challenged in this case arose from the district court's exercise of appellate jurisdiction over an appeal from a justice court decision, the district court's

order is not appealable to this court. Accordingly, as this court lacks jurisdiction over this appeal, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Richard Scotti, District Judge
      Marlene Rogoff
      Bruce A. Leslie, Chtd.
      Eighth District Court Clerk